# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Edward Francisco Rodriguez, (DOB: XXXXXXXXX)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:21-mj-00518<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 7/8/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds); |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); |
| 18 U.S.C. § 1752(a)(4) | (Engaging in Physical Violence in a Restricted Building or Grounds); |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly Conduct in a Capitol Building); |
| 40 U.S.C. § 5104(e)(2)(F) | (Engaging in Physical Violence in the Ground or Capitol Building); |
| 18 U.S.C. § 111(a)(1) | (Assaulting, Resisting or Impeding Certain Officers); |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Kyle Johnson, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   07/09/2021

*Judge's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*